UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EARL RASTELLA,
Plaintiff

v. C.A. No.: 05-386T

W.L. FULLER, INC.
Defendant

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, W.L. Fuller, Inc., a nongovernmental corporate party, certifies that there are no corporate parents, affiliates, and/or subsidiaries of said party which are publicly held.

Dated: Providence, Rhode Island
October 20, 2005

Defendant,
W.L. FULLER, INC.
By its attorneys

Daniel K. Kinder (# 2151)
Matthew M. Riordan (#7205)
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 521-3555 (Facsimile)

**Certification**

I certify that a true copy of this Rule 7.1 Statement was sent on the 20th day of October, 2005 via first class mail, postage prepaid to: Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.