UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EARL RASTELLA,
Plaintiff

v. C.A. No.: 05-386T

W.L. FULLER, INC.
Defendant

**STIPULATION OF DISMISSAL**

Now come the Plaintiff, Earl Rastella, and the Defendant, W.L. Fuller, Inc. and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint in the above-captioned matter be, and hereby is, dismissed with prejudice waiving costs, interest, attorneys' fees and all rights of appeal.

Respectfully submitted,

Plaintiff,
Earl Rastella
By his Attorney,

Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (Facsimile)
StephenFanning@msn.com

Defendant,
W.L. FULLER, INC.
By its Attorney,

Daniel K. Kinder (#2151)
Little Medeiros Kinder
Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 (Facsimile)
dkinder@lmkbw.com

ENTERED ~~AS AN ORDER OF THIS COURT~~ ON THIS 23rd DAY OF May, 2006.

Ernest C. Torres

________________________, J.

O:\MMR\WL Fuller\Stipulation of Dismissal.doc

5/23/06